UNITED STATES DISTRICT COURT
FOR THE ~~SOUTHERN~~ Central DISTRICT OF ILLINOIS

Keven L. Carter )
_____ )
                        )
Plaintiff/Petitioner(s), )
                        )
-vs-                    )   Case No. 08-3163
                        )   (To be supplied by the Clerk)
Sangamon County,        )
Anthony P. Libri, Jr. Clerk )
of the Circuit Court of )
Defendant/Respondent(s). )
Sangamon County,

**MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS**

I, Keven Carter, being first duly sworn, depose and say that I am the plaintiff/petitioner in the above entitled cause; that in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to relief.

The nature of the action is:    ( ) Civil Rights   ( ) Habeas Corpus   ( ) Appeal

1. Are you presently employed?   Yes ( )   No (X)

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. N/A

   b. If the answer is "no", state the date of last employment and the amount of salary or wages per month which you received. January 2002  $50/mo.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?    Yes ( )  No (X)
   b. Rent payments, interest or dividends?               Yes ( )  No (X)
   c. Pensions, annuities or life insurance payments?     Yes ( )  No (X)
   d. Gifts or inheritances?                              Yes ( )  No (X)
   e. Any other sources?   State Pay                      Yes (X)  No ( )

Rev. 2/00

If the answer to any of the above is "yes", describe each source of money and state the amount received during the past twelve months.

State Pay (All of State Pay is Applied to my Legal Debt at menard) I get $10.00 Per mo. Only when Institutional isn't on Lockdown. If Lockdown I don't get anything.

3. Do you own cash, or do you have money in a checking or savings account?   Yes ( )   No (X)
   (include any funds in prison accounts). If the answer is "yes", state the total value of the items owned.
   
   300.00 Prison trust fund

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( )   No (X)   If the answer is "yes", describe the property and state its approximate value.
   
   No.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   
   None

## PRIOR LITIGATION

You may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 if you have "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted" unless you are "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Have you ever filed any other lawsuits in any federal court during this or any other period of incarceration?
Yes (X)   No ( )

If yes, please provide the following section about your prior cases. If necessary, you may attach additional pages to this form to provide all the required information about each of your prior cases. Failure to provide complete, accurate information about all your prior litigation may result in denial of your request to proceed *in forma pauperis*.

1. Case name: "Carter V. Howard"  Case Number: 04-C-1157

   Court: U.S. Dist. Central Dist. of IL.  Date filed: May 2004

   Claims raised: 1st Amendment religious right

   Result: Summary Judgment to Defendants

- 2 -

Rev. 2/00

2. Case name: Carter V. Winnebago  Case Number: 04C50312
   Court: U.S. Dist. Northern Dist of IL. County, Western Division  Date filed: July 2004
   Claims raised: Excessive Force claim

   Result: Summary Judg. to Defendants Appeal affirmed

3. Case name: Carter V. Winnebago  Case Number: 04C58459
   Court: U.S. Dist. North. Dist. of IL Western Div.  Date filed: October 2004
   Claims raised: Deliberate Indiff - Cruel + Unusual Punish under 8th Amend.

   Result: Appeal Still Pending in Court of Appeals for 7th Circuit

## DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621. I authorize the agency having custody of my person to withdraw funds from my prison trust account and forward payments to the Clerk of Court, in accord with 28 U.S.C. § 1915.

7/16/08
Date

Kevin L. Carter
Signature of Plaintiff/Petitioner

Rev. 2/00

- 3 -

# CERTIFICATE

### THIS SECTION FOR COMPLETION BY THE PLAINTIFF/PETITIONER

JUL 14 2008 RECEIVED

Name of Plaintiff/Petitioner: _Keven Carter N-2 #406_

Institution where confined: _Menard Correctional Center_

Register number: _R25659_

### THIS SECTION IS FOR COMPLETION BY AN AUTHORIZED OFFICER
### OF THE ABOVE-NAMED INSTITUTION ONLY

Instructions: The plaintiff/petitioner may <u>not</u> write below this line. Please complete the following certificate for the plaintiff/petitioner named and described above.

### PURSUANT TO 28 U.S.C. § 1915(a)(2),
### PLEASE ATTACH A CERTIFIED PRINT-OUT OF
### ALL TRANSACTIONS FOR THIS PERSON'S ACCOUNT
### FOR THE PAST SIX MONTHS.

I hereby certify that _KEVIN CARTER_ currently has the sum
(Name of plaintiff/petitioner)

$ _-368.04_ on account to his credit at _MENARD CC_
(Institution where confined)

DATED: _7/15/08_    _Geraldine Berry_
Signature of Authorized Officer of the above Institution

Rev. 2/03

- 4 -

Date: 7/15/2008
Time: 10:04am
d_list_inmate_trans_statement_composite

**Menard Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 01/01/2008 thru End;   Inmate: R25659;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R25659 Carter, Kevin**                                    **Housing Unit: MEN-N2-04-06**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 02/07/08 | Payroll | 20 Payroll Adjustment | 038159 | | P/R month of 01/2008 | .20 | .20 |
| 02/19/08 | Disbursements | 84 Library | 050359 | Chk #84226 | 44665, DOC: School Dist. Libra, Inv. Date: 10/02/2007 | -.20 | .00 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070169 | | P/R month of 02/2008 | .00 | .00 |
| 04/04/08 | Payroll | 20 Payroll Adjustment | 095169 | | P/R month of 03/2008 | .00 | .00 |
| 05/06/08 | Payroll | 20 Payroll Adjustment | 127159 | | P/R month of 04/2008 | .00 | .00 |
| 06/05/08 | Payroll | 20 Payroll Adjustment | 157159 | | P/R month of 05/2008 | .00 | .00 |
| 07/07/08 | Payroll | 20 Payroll Adjustment | 189159 | | P/R month of 06/2008 | .00 | .00 |

|  |  |
|---|---|
| Total Inmate Funds: | .00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 368.04 |
| Funds Available: | -368.04 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | 7.00 |

**RESTITUTIONS**

| Rest. # | Vendor | | Transaction | Tran. Date | Amount | Balance |
|---|---|---|---|---|---|---|
| 6223 | 99999 | DOC: 523 Fund Inmate R | Beginning Balance | 08/23/2007 | 7.00 | 7.00 |
| | | | | Total: | | 7.00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 08/29/2007 | 41882 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 08/29/2007 | 41889 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.20 |
| 09/06/2007 | 42475 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 09/12/2007 | 42967 | Disb | Library | 2 DOC: 523 Fund Library | $8.20 |
| 09/18/2007 | 43452 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.39 |
| 09/20/2007 | 43509 | Disb | Library | 2 DOC: 523 Fund Library | $1.15 |
| 09/20/2007 | 43663 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.80 |
| 09/24/2007 | 43781 | Disb | Library | 2 DOC: 523 Fund Library | $6.60 |
| 09/27/2007 | 44369 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $6.96 |
| 10/04/2007 | 45032 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 10/09/2007 | 45301 | Disb | Library | 2 DOC: 523 Fund Library | $0.65 |
| 10/09/2007 | 45323 | Disb | Library-Pnk | 2 DOC: 523 Fund Library | $0.30 |
| 10/09/2007 | 45324 | Disb | Library-PNK | 2 DOC: 523 Fund Library | $3.75 |
| 10/12/2007 | 45570 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.88 |
| 10/16/2007 | 46041 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.14 |
| 10/17/2007 | 46192 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 10/26/2007 | 47169 | Disb | Library | 2 DOC: 523 Fund Library | $6.25 |

3:08-cv-03163-HAB-BGC   # 2   Page 6 of 6

Date: 7/15/2008
Time: 10:04am
d_list_inmate_trans_statement_composite

Menard Correctional Center
Trust Fund
Inmate Transaction Statement

Page 3

REPORT CRITERIA - Date: 01/01/2008 thru End;   Inmate: R25659;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R25659 Carter, Kevin**                      **Housing Unit: MEN-N2-04-06**

RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/05/2008 | 66922 | Disb | Library | 2 DOC: 523 Fund Library | $1.05 |
| 05/07/2008 | 67389 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.94 |
| 05/12/2008 | 67967 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.51 |
| 05/14/2008 | 68452 | Disb | Library | 2 DOC: 523 Fund Library | $4.15 |
| 05/14/2008 | 68496 | Disb | Library | 2 DOC: 523 Fund Library | $1.35 |
| 05/15/2008 | 68619 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.51 |
| 05/16/2008 | 68722 | Disb | Library | 2 DOC: 523 Fund Library | $37.75 |
| 05/22/2008 | 69413 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $10.67 |
| 06/02/2008 | 70561 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 06/03/2008 | 70705 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $29.82 |
| 06/06/2008 | 71062 | Disb | Library | 2 DOC: 523 Fund Library | $17.35 |
| 06/17/2008 | 72381 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.34 |
| 06/19/2008 | 72576 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.17 |
| 06/27/2008 | 73407 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $8.84 |
| 07/02/2008 | 73763 | Disb | Library | 2 DOC: 523 Fund Library | $12.25 |
| 07/07/2008 | 74350 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.53 |

Total Restrictions: $368.04